# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LIZA GOOCH,

        Plaintiff,      :      Case No. 3:05-cv-085

                          :      District Judge Thomas M. Rose
    -vs-                         Chief Magistrate Judge Michael R. Merz

VETERANS SERVICES
 COMMISSION, et al.,

                          :

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 27, 2005, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's motion to certify this as a class action ("Motion the Court for Class Action Suite," Doc. No. 19) be, and it hereby is, denied.

October 11, 2005.                              **s/Thomas M. Rose**
                                                                       Thomas M. Rose
                                                    United States District Judge